FILED
2026 Aug-27 PM 01:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION**

| | | |
|---|---|---|
| **WESLEY L. DOUGLAS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 4:25-cv-01171-AMM-JHE** |
| | ) | |
| **JONATHAN W. HORTON,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**MEMORANDUM OPINION**

Petitioner Wesley L. Douglas, a state pretrial detainee proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. Mr. Douglas filed a second amended petition in which he argues he is being denied a bond reduction and speedy trial. Doc. 6 at 2.

On August 3, 2026, the magistrate judge entered a Report and Recommendation, Doc. 20, recommending that the petition for writ of habeas corpus be dismissed without prejudice. Mr. Douglas was advised of his right to file written objections to the report and recommendation within fourteen days, but the court has not received any objections or other response from Mr. Douglas.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the

magistrate judge's report and **ACCEPTS** the recommendation. Accordingly, the second amended petition should be **DISMISSED WITHOUT PREJUDICE**.

A final judgment will be entered.

**DONE** and **ORDERED** this 27th day of August, 2026.

**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE